UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STELLAR-MARK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05CV2445 (PJS/RLE) |
| | ) |
| ADVANCED POLYMER TECHNOLOGY CORP., NEIL SAVITCH and MARK STOVER, | ) ) ) |
| | ) |
| Defendants. | ) |

### ADVANCED POLYMER TECHNOLOGY CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendant/Plaintiff-in-counterclaim Advanced Polymer Technology Corporation ("APT") hereby moves this Court for summary judgment on each of the counterclaims asserted by APT against Plaintiff Stellar-Mark, Inc. ("Stellar-Mark") and on each claim asserted by Stellar-Mark against APT.

In support of this Motion, APT relies on the entire record in this case, including the Memorandum of Law in Support of Advanced Polymer Technology Corporation's Motion for Summary Judgment and the Declarations of Richard Cardosi, Dana M. Richens and Daniel J. Sheran, filed herewith.

APT respectfully requests that this Court inquire into this Motion and enter summary judgment in APT's favor.

Doc# 2176735\1

This 28th day of August, 2006.

                                  Respectfully submitted,

                                  /s/ *Robert J. Hennessey*
Robert J. Hennessey (44118)
Daniel J. Sheran (100183)
LINDQUIST & VENNUM P.L.L.P
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel. (612) 371-3211
Fax (612) 371-3205

Dana M. Richens
Rachel D. King
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Tel. (404) 815-3500
Fax (404) 685-6945

**COUNSEL FOR DEFENDANT/
PLAINTIFF-IN-COUNTERCLAIM
ADVANCED POLYMER TECHNOLOGY
CORPORATION**